UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| SUSAN L. LAW, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:05-CV-239 |
| | ) |
| PARKER HANNIFIN CORPORATION, | ) Chief Judge Curtis L. Collier |
| | ) |
| *Defendant*. | |

**ORDER**

Before the Court is Plaintiff Susan Law's ("Plaintiff") motion to reconsider the Court's Order granting Defendant Parker Hannifin's ("Defendant") motion for an extension of the dispositive motion deadline (Court File No. 49). The Court noted in its Order granting Defendant's motion for a time extension that Plaintiff opposed the motion. The Court found in its previous Order that Defendant had shown good cause for the extension and that Plaintiff would not be prejudiced. The Court does not find Plaintiff's argument for the Court to reconsider its previous Order persuasive. Therefore, the Court **DENIES** Plaintiff's motion to reconsider its Order granting Defendant's motion for an extension of the dispositive motion deadline (Court File No. 49) and **ORDERS** Plaintiff to file a response immediately.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**