UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| SUSAN L. LAW, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 2:05-CV-239 |
| v. | ) | Chief Judge Curtis L. Collier |
| PARKER HANNIFIN CORPORATION, | ) | |
| *Defendant.* | ) | |

### ORDER

Before the Court is Plaintiff, Susan Law's ("Plaintiff"), motion to allow Michael Nash, Ph.D. to testify by teleconference (Court File No. 99). Plaintiff requests that Michael Nash, Ph.D., a witness she expects to call at the *Daubert* hearing scheduled for April 9, 2007 before this Court, be allowed to testify by teleconference from the United States Courthouse in Knoxville, Tennessee. As cause, Plaintiff states Michael Nash, Ph.D. is scheduled to have a medical procedure performed on the morning of April 9, 2007 in Knoxville. Plaintiff's counsel asserts that Defendant's counsel does not oppose this motion.

The Court finds good cause to allow Michael Nash Ph.D. to testify by teleconference from the United States Courthouse in Knoxville, Tennessee on April 9, 2007 during the scheduled *Daubert* hearing. Therefore, the Court **GRANTS** Plaintiff's motion (Court File No. 99).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**